UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IRON WORKERS ST. LOUIS DISTRICT COUNCIL ANNUITY TRUST, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>ARROW FENCE, INC., )<br>)<br>Defendant. ) | Case No. 4:11CV02019AGF |

## ORDER

This matter is before the Court due to the failure of Justin Blunt, the President and Registered Agent of Defendant Arrow Fence, Inc., to appear before the Court to show cause why he should not be held in contempt.  The Court entered a partial Default Judgment on January 26, 2012 (Doc. No. 8), directing Defendant to make its books available to Plaintiffs for an audit within thirty (30) days.  Plaintiffs then filed a Motion to Compel on February 28, 2012 (Doc. No. 9) because Defendant had not allowed the audit.

The Court granted the Motion to Compel on May 16, 2012, and directed Defendant to make its books and records available for an audit by June 6, 2012.  On June 4, 2012, as further ordered by the Court, Plaintiffs filed proof of service of the Order granting the Motion to Compel.  (Doc. No. 13.)

On June 7, 2012, Plaintiffs filed a Motion for Contempt, asserting that Defendant had failed to make its records available for audit.  (Doc. No. 14.)  On June 19, 2012,

Plaintiffs filed proof of service of the Motion for Contempt on Justin Blunt.  (Doc. No. 16.)

On August 13, 2012, the Court issued an Order to Show Cause (Doc. No. 17) and scheduled a Show Cause hearing for September 28, 2012 at 2:30 p.m.  On September 21, 2012, Plaintiffs filed an Affidavit of Service, stating the various means by which they had served the Order to Show Cause and various other documents in this case.[1]  The Court's Order of August 13, 2012 notified Defendant and Mr. Blunt that incarceration of appropriate agents was a possible civil contempt sanction, and that Defendant therefore had a right to representation by counsel.  The Order further advised Defendant and Mr. Blunt that "[f]ailure to appear for the hearing as ordered may subject the officers or principals of Defendant Arrow Fence, Inc. to arrest by the United States Marshals Service."

Counsel for Plaintiffs appeared in Court on September 28, 2012 at 2:30 p.m.  Neither Mr. Blunt, nor any other representative of Arrow Fence, appeared.  Accordingly, the Court directed counsel for Plaintiffs to file adequate proof of Mr. Blunt's relationship with Arrow Fence and a proposed Order.

Upon review of the record, it is the conclusion of the Court that a Writ of Body Attachment should issue.  Accordingly,

---

[1] Of note, Plaintiff's Counsel avers in the Affidavit that a process server successfully contacted Mr. Blunt through his parents at their home.  The Affidavit of Service attached to Doc. No. 13 states that Mr. Blunt's mother called Mr. Blunt and Mr. Blunt agreed to meet the process server at a different location, where he accepted the Order to Show Cause.  Further, Doc. No. 16 reflects that the Motion for Contempt was signed for by Linda Blunt at her home address.

**IT IS HEREBY ORDERED** that the United States Marshal, Eastern District of Missouri, shall seize Mr. Blunt and bring him bodily before the Court on **November 13, 2012 at 11:00 a.m.**, to show cause why he should not be held in contempt.

Known addresses for Mr. Blunt include:

| | | |
|---|---|---|
| 4248 Division Street | 3981 Lake Street | 511 Old Rock Road |
| Granite City, IL 62040 | Granite City, IL 62040 | Granite City, IL 62040 |

*[signature]*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 1st day of November, 2012.