UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IRON WORKERS ST. LOUIS DISTRICT ) <br> COUNCIL ANNUITY TRUST, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ARROW FENCE, INC., ) <br> ) <br> Defendant. ) | Case No. 4:11CV02019AGF |

### **ORDER**

This matter came before the Court for a hearing on the Order to Show Cause on November 13, 2012. Counsel for Plaintiffs and Justin Blunt, President and registered agent for Defendant Arrow Fence, Inc., were present, Mr. Blunt having been brought before the Court pursuant to a writ of body attachment.

For the reasons stated at the hearing,

**IT IS HEREBY ORDERED** that Defendant and Justin Blunt shall immediately use their best efforts to produce the books and records of Defendant to Plaintiffs, as previously ordered by this Court.

**IT IS FURTHER ORDERED** that Plaintiffs shall file a status report with the Court on or before **November 20, 2012**, advising of the status of Defendant's compliance.

Defendant and Justin Blunt are again advised that failure to comply with this order may result in the imposition of civil sanctions. Because incarceration of Mr. Blunt, as an

appropriate agent, is a possible civil contempt sanction, Defendant and Mr. Blunt have the right to representation by counsel.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve notice of this Order on Justin Blunt at the address previously provided by Plaintiffs or such other address as may be provided by the U.S. Marshal.

                                                   _AUDREY G. FLEISSIG_
                                                   AUDREY G. FLEISSIG
                                                   UNITED STATES DISTRICT JUDGE

Dated this 13th day of November, 2012.